IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DONELL HAYNIE,**

Plaintiff,

v.

**SYSOUVANH,**

Defendant.

Case No. 2:22-cv-02204-DAD-DB

[~~PROPOSED~~] ORDER GRANTING MODIFICATION OF COURT ORDERED DEADLINES

This matter, having come before the Court on an *ex parte* basis, and it appearing that the request should be granted for good cause shown, it is hereby ordered, adjudged and decreed that the deadline for Defendant Sysouvanh to file and serve her Motion for Summary Judgment on Exhaustion shall be continued to September 2, 2024, and the deadline to complete all discovery on exhaustion shall be continued to July 12, 2024.

IT IS SO ORDERED.

Dated: June 3, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
hayn2204.36sj.exh