UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL THOMAS HAYNIE,<br><br>Plaintiff,<br><br>v.<br><br>CASSANDRA SYSOUVANH,<br><br>Defendant. | No. 2:22-cv-02204 DAD SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>(Doc. Nos. 43, 49) |

    Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 21, 2025, the magistrate judge filed findings and recommendations recommending that defendant's motion for partial summary judgment (Doc. No. 43) be denied. (Doc. No 49.) Specifically, the magistrate judge concluded that based upon the evidence before the court, plaintiff had exhausted all of his available administrative remedies prior to filing suit as required. (*Id.* at 14–21.)

    The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one days of service. (*Id.* at 23–

/////

1

24.) To date, no objection to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The March 21, 2025 findings and recommendations (Doc. No. 49) are adopted in full;

2. Defendant's pre-answer motion for partial summary judgment (Doc. No. 43) is denied; and

3. Defendant shall file a responsive pleading within (30) days of the issuance of this order.

IT IS SO ORDERED.

Dated: **August 14, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2