IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONELL HAYNIE,** | Case No. 2:22-cv-02204-DAD-SCR (PC) |
| Plaintiff, | **[PROPOSED]** **ORDER** |
| v. | |
| **SYSOUVANH,** | |
| Defendant. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Motion for Administrative Relief re: Extension of Time to Respond to Plaintiff's Discovery Requests is GRANTED.  Defendant is granted up to, and including, May 4, 2026, to respond to Plaintiff's Request for Production of Documents, Request for Admissions, and Interrogatories.

DATED: March 19, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-02204-DAD-SCR (PC))