IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONELL HAYNIE,** | Case No. 2:22-cv-02204-DAD-SCR (PC) |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| **SYSOUVANH,** | |
| Defendant. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Motion to Modify the Discovery and Scheduling Order is GRANTED.  The fact discovery cut-off is now October 15, 2026, and the dispositive motion deadline is now January 10, 2027.  All other dates in the discovery and scheduling order, ECF No. 58, remain the same.

Dated:  May 5, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1