IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONELL HAYNIE,**<br>Plaintiff,<br>**v.**<br>**SYSOUVANH,**<br>Defendant. | Case No. 2:22-cv-02204-DAD-SCR (PC)<br>**~~[PROPOSED]~~ ORDER** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Motion Requesting Leave to File Surreply to Plaintiff's Motion to Amend (ECF No. 70) is GRANTED. See Local Rule 230(m)(1). The undersigned will issue findings and recommendations on Plaintiff's motion to amend in due course.

DATED: August 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE