IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONELL HAYNIE,**<br>Plaintiff,<br>**v.**<br>**SYSOUVANH,**<br>Defendant. | Case No. 2:22-cv-02204-DAD-SCR (PC)<br>**~~[PROPOSED]~~ ORDER** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Third Motion to Modify the Discovery and Scheduling Order (ECF No. 76) is GRANTED. The fact discovery cut-off is now April 15, 2027, and the dispositive motion deadline is now July 10, 2027. All other dates in the discovery and scheduling order, ECF No. 58, remain the same.

Dated: August 26, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE